RBS

ABRAMSON & DENENBERG, P.C.
BY: ALAN E. DENENBERG, ESQUIRE
IDENTIFICATION NUMBER: 54161
1315 WALNUT STREET, 12TH FLOOR
PHILADELPHIA, PA. 19107
215-546-1345

ATTORNEY FOR PLAINTIFF



IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANN AND LOUIS SLIFKIN (H/W) | CIVIL ACTION |
| v. | |
| CITY OF PHILADELPHIA and OFFICER GOODCHILD ET AL. | No. 10-4351 |

## STIPULATION TO AMEND

It is hereby Stipulated by and between counsel, Alan E. Denenberg, Esquire on behalf of Ann and Louis Slifkin, and Genelle Franklin, Esquire, for all City of Philadelphia defendants, the caption and body of the Complaint be amended to correctly identify the John Doe Defendants as Police Officer Michael Heston, Police Officer Joseph Walker, Police Officer Alan Rensing and Captain Joseph Zaffino. Any reference to John Doe defendants in the Complaint shall hereinafter refer to the above named defendants.

ABRAMSON & DENENBERG, P.C.

_____
ALAN E. DENENBERG, ESQUIRE
Attorney for Plaintiffs
Dated: 12/10/10

CITY OF PHILADELPHIA

_____
GENELLE FRANKLIN, ESQUIRE
Attorney for Defendants
Dated: 12/9/10

BY THE COURT:

_____
R. BARCLAY SURRICK, J.

Dated: 12/14/10

Faxed to A. Denenberg
G. Franklin 12/14/10

OK
M